FILED
MAY 15 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 1580 BTM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| JUAN CARLOS CAMACHO-RIVERA, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about August 31, 2004, within the Southern District of California, defendant JUAN CARLOS CAMACHO-RIVERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on September 15, 2004, for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the District of Arizona; all in violation of Title 8, United States Code, Section 1325, a felony.

JDM:lg:San Diego
4/30/08

<u>Count 2</u>

On or about April 15, 2008, within the Southern District of California, defendant JUAN CARLOS CAMACHO-RIVERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on September 15, 2004, for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the District of Arizona; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 15, 2008 .

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney