AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN 0 6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN CARLOS CAMACHO-RIVERA | CASE NUMBER: 08 CR 1580-GT |

I, <u>JUAN CARLOS CAMACHO-RIVERA</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/6/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Camacho Rivera_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER